EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión del 5 de enero de 2022 | 2021 TSPR 142<br><br>208 DPR ____ |

Número del Caso: EM-2021-02

Fecha: 15 de octubre de 2021

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por        EM-2021-02
motivo de concesión del 5 de
enero de 2022

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de octubre de 2021.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa OAJP-2021-084, de 30 de septiembre de 2021, para enmendar la Orden Administrativa OAJP-2019-056, de 2 de diciembre de 2019. Lo anterior, con el fin de dar continuidad a las medidas de control de gastos adoptadas por el Poder Judicial a partir del año fiscal 2014-2015. Entre las medidas instituidas se decretaron unas fechas de cierres parciales y totales del Tribunal General de Justicia, hasta el 7 de enero de 2022.

Mediante la Orden Administrativa OAJP-2021-084 se estableció el 5 de enero de 2022 como día de cierre total. Durante un cierre total los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado, estando disponibles mediante llamada, salvo los jueces de turno de San Juan y Bayamón, que trabajarán conforme al plan de trabajo especial que sea aprobado a esos fines.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos aplicables a las

distintas leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón, los días decretados como cierres totales se considerarán como si fueran feriados. Cualquier término que venza durante esos días, se extenderá al día laborable siguiente.[1]

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Javier O. Sepúlveda Rodríguez
                                    Secretario del Tribunal Supremo

---

[1] Las siguientes fechas fueron decretadas cierres totales por la Orden Administrativa OAJP-2019-056, según enmendada: el 12 y 26 de noviembre de 2021; el 24 y 31 de diciembre de 2021; y el 5 y 7 de enero de 2022.